738

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT ARTHUR, Defendant-Appellant.

(No. 56778; )

First District (5th Division)—March 23, 1973.

*Opinion on Rehearing Filed June 1, 1973.*

PER CURIAM.
SULLIVAN, J., took no part.

Thomas J. Grippando, of Legal Aid Society, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Mark R. Harms, Assistant State's Attorneys, of counsel,) for the People.